# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/26/2006  4:30 pm

SUE BEITIA, CLERK

**CASE NUMBER:**     CR NO. 01-00382REJ

**CASE NAME:**     U.S.A. Vs. (01) Packward K. Toelupe and (02) Luis Domingo

**ATTYS FOR PLA:**

**ATTYS FOR DEFT:**

**INTERPRETER:**

---

**JUDGE:**    Robert E. Jones          **REPORTER:**

**DATE:**    1/26/2006              **TIME:**

---

**COURT ACTION:**  EO: As to Defendants (01) Packward K. Toelupe and (02) Luis Domingo-

Regarding-ReSentencing as to these Two Defendants pursuant to the Ninth Circuit Decision remanding this case to the district court for consideration of the sentence imposed in U.S. V. Ameline, 409 F.3d1073, 1083 (9thCir.2005) (en banc).

Sentence Date is set for Tuesday, April 25, 2006 @l0:00 a.m. before Judge Robert Jones. This hearing will take place at the U.S. Courthouse Bldg. in Honolulu, Hawaii.

All counsel, probation and any other person with information relevant to resentencing to submit the information to this court no later than February 28, 2006.

cc: Thomas Brady-AUSA, David Klein, Deanna Dotson, Probation and U.S. Marshal's

Submitted by Leslie L. Sai, Courtroom Manager