# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/25/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 01-00382REJ |
| CASE NAME: | USA v. (01)Packward Kaleilani Toelupe aka "Pupi" (02)Luis C. Domingo aka "Luis Frances Domingo" |
| ATTYS FOR PLA: | Thomas Brady |
| ATTYS FOR DEFT: | (01)David Klein (02)Deanna Dotson |
| USPO: | Rosanne Donohoe Malia Eversole |

| | | | |
|---|---|---|---|
| JUDGE: | Robert E. Jones | REPORTER: | Steve Platt |
| DATE: | 4/25/2006 | TIME: | 10:00am-10:50am |

COURT ACTION:  EP:  Resentencing as to the 9th CCA Remand as to Defendants (01) Packward K. Toelupe and (02) Luis C. Domingo.

Defendant (01)Packward Kaleilani Toelupe aka "Pupi" present in custody.

Defendant (02)Luis C. Domingo aka "Luis Frances Domingo" present in cstody.

Oral arguments heard.

Resentencing as to the 9th CCA Remand as to Defendants (01) Packward K. Toelupe and (02) Luis C. Domingo-TAKEN UNDER ADVISEMENT.

Court will take under advisement: 1) Abide by original sentence 2) Order a new sentence.

Submitted by: Theresa Lam, Courtroom Manager