ORIGINAL

David F. Klein  5066
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Tel: (808) 523-7774

Attorney for Defendant PACKWARD KALEILANI TOELUPE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 31 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>PACKWARD KALEILANI TOELUPE (01), ET AL,<br><br>    Defendant(s). | CR. NO. 01-00382-REJ-01<br><br>PACKWARD KALEILANI TOELUPE'S NOTICE OF APPEAL;<br>CERTIFICATE OF SERVICE |

### PACKWARD KALEILANI TOELUPE'S NOTICE OF APPEAL

Notice is hereby given pursuant to Fed. R. App. P. 4(b) that Defendant PACKWARD KALEILANI TOELUPE, through counsel, David F. Klein, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order on Remand entered on May 31, 2006 by the Honorable ROBERT E. JONES and from the judgment of conviction.

Dated: Honolulu, Hawaii May 31, 2006.

David F. Klein
Attorney for Defendant

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 01-00382-REJ-01 |
|---|---|
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| PACKWARD KALEILANI TOELUPE (01), ET AL, | ) |
| Defendant(s). | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on today's date, a copy of the foregoing was duly mailed, postage prepaid, or personally delivered, to the following:

*BY MAIL   DELIVERED*

Thomas J. Brady                                          X
Office of the US Attorney
300 Ala Moana Boulevard
Box 50183
Honolulu, Hawaii  96850
**Attorney for the United States of America**

Dated:   Honolulu, Hawaii May 31, 2006.

_David F. Klein_

2