# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:** U.S.A. vs. PACKWARD KALEILANI TOELUPE
    **U.S. COURT OF APPEALS DOCKET NUMBER:** 06-10356
    **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**
    **U.S. DISTRICT COURT DOCKET NUMBER:** CR 01-00382REJ-01

II  **DATE NOTICE OF APPEAL FILED:** 05/31/06

III **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA APPOINTED
    **DOCKET FEE PAID ON:**         **AMOUNT:**
    **NOT PAID YET:**               **BILLED:**
    **U.S. GOVERNMENT APPEAL:**     **FEE WAIVED:**
    **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**
    **IF YES, SHOW DATE:**
    **WAS F.P. STATUS REVOKED:**    **DATE:**
    **WAS F.P. STATUS LIMITED IN SOME FASHION?**
    **IF YES, EXPLAIN:**

    RECEIVED
    CLERK, U.S. DISTRICT COURT
    JUN 19 2006
    DISTRICT OF HAWAII

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**
    Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

