Steve Platt

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____ U.S. District Court Case No. __CR 01-00382REJ-01__

Short Case Title _____USA v. Toelupe_____

Date Notice of Appeal Filed by Clerk of District Court ____May 31, 2006____

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 17 2006

SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 6/3/02 | Stephen Platt | Voir Dire (previously prepared) |
| 6/3/02 | Stephen Platt | Opening Statements (previously prepared) |
| 6/10/02, 6/12/02 | Stephen Platt | Settlement Instructions (previously prepared) |
| 6/13/02 | Stephen Platt | Closing Arguments (previously prepared) |
| 6/13/02 | Stephen Platt | Jury Instructions (previously prepared) |
| Please see attachment | | Pre-Trial Proceedings |
| Please see attachment | | Other (Sentencing) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per) I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __June 7, 2006__   Estimated date for completion of transcript __July 30, 2006__

Print Name of Attorney __David F. Klein__   Phone Number __808-523-7774__

Signature of Attorney _____

Address ____841 Bishop Street, Suite 2116, Honolulu, Hawaii 96813____

**SECTION B** - To be completed by court reporter

I, _____ (signature of court reporter) have received this designation.

(✓) Arrangements for payment were made on __6-27-06__
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

__30__ Approximate Number of Pages in Transcript--Due Date ____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __8-2-06__   Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

__Sue Beitia__   __08-08-06__   BY: _____
(U.S. District Court Clerk)   (date)   DEPUTY CLERK

Transcript Designation and Ordering Form - Continuation Sheet
USA v. Toelupe
U.S. Court of Appeals Docket No. _____
Lower Court Docket No. Cr. No. 01-00382REJ-01

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS |
| --- | --- | --- |
| 03/06/02 | Stephen Platt | Hearing on various motions **(previously prepared)** |
| 04/17/02 | Stephen Platt | Status Conference **(previously prepared)** |
| 05/07/02 | Stephen Platt | Hearing on various motions **(previously prepared)** |
| 05/08/02 | Stephen Platt | Hearing on various motions (continued from 5/7/02) **(previously prepared)** |
| 05/30/02 | Cynthia Fazio | Status Conference **(previously prepared)** |
| 06/03/02 | Stephen Platt | Jury selection **(previously prepared)** |
| 06/03/02 | Stephen Platt | Conference regarding miscellaneous matters **(previously prepared)** |
| 06/04/02 | Stephen Platt | Further Jury Trial (2nd Day) **(previously prepared)** |
| 06/05/02 | Stephen Platt | Further Jury Trial (3rd Day) **(previously prepared)** |
| 06/06/02 | Stephen Platt | Further Jury Trial (4th Day) **(previously prepared)** |
| 06/07/02 | Stephen Platt | Further Jury Trial (5th Day) **(previously prepared)** |
| 06/10/02 | Stephen Platt | Further Jury Trial (6th Day) **(previously prepared)** |
| 06/12/02 | Stephen Platt | Further Jury Trial (7th Day) **(previously prepared)** |
| 06/13/02 | Stephen Platt | Further Jury Trial (8th Day) **(previously prepared)** |
| 6/14/02 | Stephen Platt | Further Jury Deliberation (2nd Day) **(previously prepared)** |
| 10/04/02 | Cynthia Fazio | Evidentiary Hearings **(previously prepared)** |
| 10/07/02 | Stephen Platt | Sentencing hearing re Luis C. Domingo **(previously prepared)** |
| 10/07/02 | Stephen Platt | Sentencing hearing re Lancelot Nick Bartley **(previously prepared)** |
| 10/07/02 | Stephen Platt | Sentencing hearing re Iosefo Nofo Sagote **(previously prepared)** |
| 10/07/02 | Stephen Platt | Sentencing hearing re Perosi Niumata Jr. **(previously prepared)** |
| 03/24/03 | ESR/L. Geronimo | Sentencing hearing re Packward Kaleilani Toelupe **(previously prepared)** |
| 04/25/06 | Stephen Platt | Resentencing hearing |