# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: February 22, 2007

To: United States Court of Appeals          Attn: ( )    Civil
      For the Ninth Circuit
      Office of the Clerk                              (✓)    Criminal
      95 Seventh Street
      San Francisco, California 94103          ( )    Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:  CR 01-00382REJ-01          Appeal No:  06-10356

Short Title:  USA vs. Toelupe

| | | |
|---|---|---|
| Clerk's Files in | 8 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 19 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:#92, 96, 274, 280, 342, 345, 348, 389, #0

Acknowledgment: _____          Date: _____

cc: all parties of record