**FILED**

**DEC 0 5 2007**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 06-10356 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. CR-01-00382-REJ |
| v. | District of Hawaii, Honolulu |
| PACKWARD KALEILANI TOELUPE, aka Pupi, | ORDER |
| Defendant - Appellant. | |

**RECEIVED**
CLERK, U.S. DISTRICT COURT
**DEC 0 7 2007**
DISTRICT OF HAWAII

Before: HUG, BRUNETTI, and W. FLETCHER, Circuit Judges.

Judge W. Fletcher has voted to deny appellant's petition for rehearing en banc. Judge Hug and Judge Brunetti have voted to recommend denial of the petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc and no active judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35(b).

The petition for rehearing en banc is DENIED.