UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, Plaintiff - Appellee, V. PACKWARD KALEILANI TOELUPE, aka Pupi, Defendant - Appellant. | No. 06-10356 <br> D.C. No. CR-01-00382-REJ <br><br> **JUDGMENT** |
|---|---|

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 7 2007

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 10/10/07

A TRUE COPY
ATTEST
CATHY A. CATTERSON
Clerk of Court

by
Deputy Clerk