INTERNAL USE ONLY: Proceedings include all events.
06-10356 USA v. Toelupe

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Thomas J. Brady, Esq.<br>FAX 808/541-2958<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| PACKWARD KALEILANI TOELUPE,<br>aka Pupi<br>    Defendant - Appellant | David F. Klein, Esq.<br>FAX 808/599-1645<br>808/523-7774<br>Suite 2116<br>[COR LD NTC cja]<br>841 Bishop St.<br>Honolulu, HI 96813-3921 |