June 20, 2008

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 355-7820

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-01-00382-REJ
**Appeal Number:** 06-10356
**Short Title:** USA v. Toelupe

RECEIVED
CLERK U.S. DISTRICT COURT
JUN 30 2008
DISTRICT OF HAWAII

Volumes

| | | | |
|---|---|---|---|
| Clerk's Records in: | 8 | 0 | Certified Copy(ies) |
| Reporters Transcripts in: | 19 | | |

Bulky Documents in:    0 Envelopes    0 Expandos    0 Folders    0 Boxes
                       0 Other

State Lodged Docs in:  0 Envelopes    0 Expandos    0 Folders    0 Boxes
                       0 Other

Other:

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: February 22, 2007

To:   United States Court of Appeals   Attn:  ( )  Civil
      For the Ninth Circuit
      Office of the Clerk                      (✓)  Criminal
      95 Seventh Street
      San Francisco, California 94103    ( )  Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:        CR 01-00382REJ-01      Appeal No:   06-10356

Short Title:    USA vs. Toelupe

| | | |
|---|---|---|
| Clerk's Files in | 8 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 19 | volumes  (✓) original  ( ) certified copy |
| Exhibits | | volumes  ( ) under seal |
| | | boxes  ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:#92, 96, 274, 280, 342, 345, 348, 389, #0

FILED
FEB 26 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Acknowledgment: _S. DAVIS_         Date: _____

cc: all parties of record